# United States Bankruptcy Court
## Northern District of Texas

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**David Besser Homes, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**34-1995103** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2850 Shoreline Trail PMB #125**<br>**Rockwall, TX**<br>ZIP Code **75032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rockwall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **David Besser Homes, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **David Besser Homes, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**  **/s/ Eric A. Liepins**
Signature of Attorney for Debtor(s)

**Eric A. Liepins 12338110**
Printed Name of Attorney for Debtor(s)

**Eric A. Liepins P.C.**
Firm Name

**12770 Coit Road**
**Dallas, TX 75251**
_____
Address

_____
Telephone Number

**November 30, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David Besser**
Signature of Authorized Individual

**David Besser**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**November 30, 2009**
Date

# United States Bankruptcy Court
## Northern District of Texas

In re  **David Besser Homes, LLC**        Case No.
                                    Debtor(s)      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br> *Name of creditor and complete mailing address including zip code* | (2) <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alliance Bank** <br> **PO Box Drawer 500** <br> **Sulphur Springs, TX 75483** | **Alliance Bank** <br> **PO Box Drawer 500** <br> **Sulphur Springs, TX 75483** | **Lien Note** <br> **13055 Amber Meadows** <br> **1006 Newington Circle** | | **480,000.00** |
| **Alliance Bank** <br> **PO Box Drawer 500** <br> **Sulphur Springs, TX 75483** | **Alliance Bank** <br> **PO Box Drawer 500** <br> **Sulphur Springs, TX 75483** | **1106 Devonshire** | | **343,000.00** |
| **Alliance Bank** <br> **c/o Ramey & Sheffield** <br> **113 Jefferson Street** <br> **P.O. Drawer 899** <br> **Sulphur Springs, TX 75483** | **Alliance Bank** <br> **c/o Ramey & Sheffield** <br> **113 Jefferson Street** <br> **Sulphur Springs, TX 75483** | | | **750,000.00** <br><br> **(550,000.00 secured)** |
| **Chase Card Services** <br> **PO Box 94014** <br> **Palatine, IL 60094** | **Chase Card Services** <br> **PO Box 94014** <br> **Palatine, IL 60094** | | | **64,455.63** |
| **Community Bank** <br> **P.O. Box 549** <br> **Royse City, TX 75189** | **Community Bank** <br> **P.O. Box 549** <br> **Royse City, TX 75189** | **1805 Fria Court** | | **169,600.00** |
| **Community Bank** <br> **P.O. Box 549** <br> **Royse City, TX 75189** | **Community Bank** <br> **P.O. Box 549** <br> **Royse City, TX 75189** | **Promissory Note** <br> **1524 Greenbrier** | | **182,210.00** |
| **Community Bank** <br> **PO Box 729** <br> **Rockwall, TX 75087** | **Community Bank** <br> **PO Box 729** <br> **Rockwall, TX 75087** | **Promissory Note** <br> **1524 Greenbrier Dr.** | | **182,210.00** |
| **Dudley Dan & Sheilley** <br> **Tim r. Sherry** <br> **5005 LBJ Freeway** <br> **Dallas, TX 75244** | **Dudley Dan & Sheilley** <br> **Tim r. Sherry** <br> **5005 LBJ Freeway** <br> **Dallas, TX 75244** | | | **25,000.00** |
| **E&R Rubalcava construction** <br> **28 Steel Road** <br> **Wylie, TX 75098** | **E&R Rubalcava construction** <br> **28 Steel Road** <br> **Wylie, TX 75098** | | | **43,781.85** |
| **Jefferson Bank** <br> **2828 North Gallaway** <br> **Mesquite, TX 75150** | **Jefferson Bank** <br> **2828 North Gallaway** <br> **Mesquite, TX 75150** | **Promissory Note** <br> **1539 San Carlos** | | **177,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **David Besser Homes, LLC**        Case No. _____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jefferson Bank<br>2828 North Gallaway<br>Mesquite, TX 75150 | Jefferson Bank<br>2828 North Gallaway<br>Mesquite, TX 75150 | Promissory Note | | 165,000.00 |
| Jefferson Bank<br>2828 North Gallaway<br>Mesquite, TX 75150 | Jefferson Bank<br>2828 North Gallaway<br>Mesquite, TX 75150 | Promissory Note<br>10110 Dorsett | | 200,000.00 |
| John Ramsey Assessor & Collector of Taxe<br>PO Box 2107<br>Sherman, TX 75091-2107 | John Ramsey Assessor & Collector of Taxe<br>PO Box 2107<br>Sherman, TX 75091-2107 | | | 26,060.89 |
| Maurilio Guzman<br>10287 Countryview Lane<br>Forney, TX 75126 | Maurilio Guzman<br>10287 Countryview Lane<br>Forney, TX 75126 | | | 27,097.05 |
| ML Johnson & Associates<br>P.O. Box 460897<br>Garland, TX 75046 | ML Johnson & Associates<br>P.O. Box 460897<br>Garland, TX 75046 | | | 55,597.03 |
| Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Promissory Note<br>2710 Mosswood Lane<br>Rockwall, TX 75032 | | 201,200.00 |
| Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Promissory Note<br>2605 Waterstone Lane<br>Rockwall, Texas<br>Lot 11, Block C, Flag | | 277,400.00 |
| Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Promissory Note<br>2720 Mosswood Lane<br>Rockwall, Texas 75032 | | 212,000.00 |
| Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Southwest Securities, FSB<br>2302 Guthrie, 100<br>Garland, TX 75043 | Promissory Note<br>2635 Waterstone<br>Rockwall, Texas 75032 | | 205,875.00 |
| Wallco Drywall<br>965 E Hwy 121<br>Lewisville, TX 75057 | Wallco Drywall<br>965 E Hwy 121<br>Lewisville, TX 75057 | | | 57,991.08 |

B4 (Official Form 4) (12/07) - Cont.

In re **David Besser Homes, LLC**                                   Case No. _____

                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 30, 2009**              Signature **/s/ David Besser**
                                                                                   **David Besser**
                                                                                   **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Texas**

In re __David Besser Homes, LLC__ ,     Case No. _____
                Debtor
                                        Chapter            **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Besser** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 30, 2009**            Signature  **/s/ David Besser**
                                                   **David Besser**
                                                   **Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

84 Lumber Company
1019 Route 519
Eighty Four, PA 15330


Airton heating/Air Conditioning
9525 Forestview St.
Dallas, TX 75243


Alliance Bank
c/o Ramey & Sheffield
113 Jefferson Street
P.O. Drawer 899
Sulphur Springs, TX 75483


American Building Supply
2709 Ponderosa
Arlington, TX 76014


Barbara J Wiggins Hunt County
Tax Collector
PO Box 1042
Greenville, TX 75403


Boral Bricks, Inc.
PO Box 101447
Atlanta, GA 30392


C & B electric
225 Gilbert Circle
Grand Prairie, TX 75050


C & M Plumbing
3502 CR 4412
Commerce, TX 75428


Campos Painting
2813 Sam Hosuton Dr.
Dallas, TX 75229

Chase Card Services
PO Box 94014
Palatine, IL 60094


City of Van Alstyne
207 E. Jefferson
PO Box 247
Van Alstyne, TX 75495


Classic Rock Inc.
720 Davis Drive
Rockwall, TX 75087


Community Bank
P.O. Box 489
Burleson, TX 76097


DeFord's
PO Box 380580
Duncanville, TX 75138


DGW Masonary
2139 US Highway 80 E., Ste 301
Mesquite, TX 75150


Dudley Dan & Sheilley
Tim r. Sherry
5005 LBJ Freeway
Dallas, TX 75244


E&R Rubalcava construction
28 Steel Road
Wylie, TX 75098


Enterprises Plumbing Inc.
900 alpha Dr., Ste 430
Richardson, TX 75081

FH Hardwood Felix Hernandez
451 Wilson Creek Blvd. 1032
McKinney, TX


Flooring Services
2020 Valley View Lane
Dallas, TX 75234


Floors Inc. Allen Office
PO Box 3049
Grapevine, TX 76099


Garland Insulating LTD
PO Box 550368
Dallas, TX 75355


Grayson-Collin electric Co-Op, Inc.
PO Box 870353
Mesquite, TX 75187


Jefferson Bank
2828 North Gallaway
Mesquite, TX 75150


Jefferson Bank Loan Department
PO Box 796488
Dallas, TX 75379


John Ramsey
Assessor & Collector of Texas
Grayson County
PO Box 2107
Sherman, TX 75091-2107


John Ramsey Assessor & Collector of Taxe
PO Box 2107
Sherman, TX 75091-2107

K & S
2166 S Jupiter
Garland, TX 75041


Kenneth L. Maun, Tax Collector Collin Co
1800 North Graves Street Ste 170 PO Box
McKinney, TX 75070-8046


Kodiak DGS, Inc.
5840 W. I-20, Ste. 215
Arlington, TX 76017


Krestmark Ind. LP
PO Box 226837
Dallas, TX 75222-6837


L & S Cabinet company, Inc.
300 W. Kimbrough
Mesquite, TX 75149


Larry Frazier
3982 RCR 1320
Emory, TX 75440


Linebarger Goggan Blair & Sampson
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644


M & M Cleaning
1828 Burning Tree Lane
Carrollton, TX 75006


Maurilio Guzman
10287 Countryview Lane
Forney, TX 75126

McFadden & Associates
1354 Exchange Drive
Richardson, TX 75081


ML Johnson & Associates
P.O. Box 460897
Garland, TX 75046


OVERHEAD DOOR COMPANY OF DALLAS
1800 VANTAGE DRIVE
Carrollton, TX 75006


Platinum Glass Corporation
1808 10th Street Suite 200
Plano, TX 75074


Precision Designs
3604 Braewood Drive
McKinney, TX 75070


Ramey & Sheffield
113 Jefferson St.
PO Box 899
Sulphur Springs, TX 75483-0899


RICK'S HARDWARE & PLUMBING
PO BOX 3469
Grapevine, TX 76099-3469


ROCKWALL COUNTY TAX OFFICE
101 S FANNIN
Rockwall, TX 75087


Rodkwall Central Appraisal Dist
841 Justin Road
Rockwall, TX 75087

Roome Surveying, Inc.
2000 Avenue G Suite 810
Plano, TX 75084


ROYSE CITY SAND & GRAVEL MICHAEL F DANLE
7829 FM 1565
Royse City, TX 75189


Sears Commerical One Dept 53-0001168588
P.O. Box 689134
Des Moines, IA 50368-9131


SOUTHERN ROOFING
2801 REGAL ROD SUITE 103
Plano, TX 75075


Southwest Securities
2302 Guthrie
Garland, TX 75043


Southwest Securities Bank
P.O. Box 1959
Arlington, TX 76004-1959


STOCK BUILDING SUPPLY
1619 PO BOX 847795
Dallas, TX 75284-7755


T-Bar Fence, Inc.
1803 Peyco Drive North
Arlington, TX 76001


TEX ENERGY
PO BOX 155049
Irving, TX 75015-5049

Vent Craft, Inc.
1007 Jackson Street
Carrollton, TX 75006


Wallco Drywall
965 E Hwy 121
Lewisville, TX 75057


WALLCRAFT
3112 TIMBER BROOK
Plano, TX 75074


Waste Partners of Texas, Inc.

# United States Bankruptcy Court
## Northern District of Texas

In re **David Besser Homes, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **David Besser Homes, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2009**  
Date

**/s/ Eric A. Liepins**  
**Eric A. Liepins 12338110**  
Signature of Attorney or Litigant  
Counsel for **David Besser Homes, LLC**  
**Eric A. Liepins P.C.**  
**12770 Coit Road**  
**Dallas, TX 75251**