# United States Bankruptcy Court
## Northern District of Texas

In re __David Besser Homes, LLC__  Case No. __09-38188__
Debtor(s)  Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 84 Lumber Company 1019 Route 519 Eighty Four, PA 15330 | 84 Lumber Company 1019 Route 519 Eighty Four, PA 15330 | | | 17,344.43 |
| Chase Card Services PO Box 94014 Palatine, IL 60094 | Chase Card Services PO Box 94014 Palatine, IL 60094 | | | 62,455.63 |
| DeFord's PO Box 380580 Duncanville, TX 75138 | DeFord's PO Box 380580 Duncanville, TX 75138 | | | 9,043.72 |
| Designing Custom Marble of Tenton P.O. Box 305 Princeton, TX 75407 | Designing Custom Marble of Tenton P.O. Box 305 Princeton, TX 75407 | | | 54,833.60 |
| Dudley Dan & Sheilley Tim r. Sherry 5005 LBJ Freeway Dallas, TX 75244 | Dudley Dan & Sheilley Tim r. Sherry 5005 LBJ Freeway Dallas, TX 75244 | | | 25,000.00 |
| E&R Rubalcava construction 28 Steel Road Wylie, TX 75098 | E&R Rubalcava construction 28 Steel Road Wylie, TX 75098 | | | 43,781.85 |
| Enterprises Plumbing Inc. 900 alpha Dr., Ste 430 Richardson, TX 75081 | Enterprises Plumbing Inc. 900 alpha Dr., Ste 430 Richardson, TX 75081 | | | 12,294.00 |
| Flooring Services 2020 Valley View Lane Dallas, TX 75234 | Flooring Services 2020 Valley View Lane Dallas, TX 75234 | | | 13,826.51 |
| Imperial Electric 5005 E. Peachtree Mesquite, TX 75180 | Imperial Electric 5005 E. Peachtree Mesquite, TX 75180 | | | 12,060.08 |
| John Ramsey Assessor & Collector of Taxe PO Box 2107 Sherman, TX 75091-2107 | John Ramsey Assessor & Collector of Taxe PO Box 2107 Sherman, TX 75091-2107 | | | 26,060.89 |
| Maurilio Guzman 10287 Countryview Lane Forney, TX 75126 | Maurilio Guzman 10287 Countryview Lane Forney, TX 75126 | | | 27,097.05 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ML Johnson & Associates**<br>**P.O. Box 460897**<br>**Garland, TX 75046** | **ML Johnson & Associates**<br>**P.O. Box 460897**<br>**Garland, TX 75046** | | | **55,597.03** |
| **SOUTHERN ROOFING**<br>**2801 REGAL ROD SUITE 103**<br>**Plano, TX 75075** | **SOUTHERN ROOFING**<br>**2801 REGAL ROD SUITE 103**<br>**Plano, TX 75075** | | | **24,223.07** |
| **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Promissory Note**<br>**2605 Waterstone Lane**<br>**Rockwall, Texas Lot 11, Block C, Flag** | | **277,400.00** |
| **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Promissory Note**<br>**2720 Mosswood Lane**<br>**Rockwall, Texas 75032** | | **212,000.00** |
| **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Promissory Note**<br>**2635 Waterstone**<br>**Rockwall, Texas 75032** | | **205,875.00** |
| **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | **Promissory Note**<br>**2710 Mosswood Lane**<br>**Rockwall, TX 75032** | | **201,200.00** |
| **STOCK BUILDING SUPPLY**<br>**1619 PO BOX 847795**<br>**Dallas, TX 75284-7755** | **STOCK BUILDING SUPPLY**<br>**1619 PO BOX 847795**<br>**Dallas, TX 75284-7755** | | | **81,475.04** |
| **T-Bar Fence, Inc.**<br>**1803 Peyco Drive North**<br>**Arlington, TX 76001** | **T-Bar Fence, Inc.**<br>**1803 Peyco Drive North**<br>**Arlington, TX 76001** | | | **12,049.20** |
| **Wallco Drywall**<br>**965 E Hwy 121**<br>**Lewisville, TX 75057** | **Wallco Drywall**<br>**965 E Hwy 121**<br>**Lewisville, TX 75057** | | | **57,991.08** |

In re __David Besser Homes, LLC__                    Case No. __09-38188__

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __December 17, 2009__          Signature __/s/ David Besser__

**David Besser**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of Texas

In re **David Besser Homes, LLC** ,
_____
Debtor

Case No. **09-38188**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 2,951,400.00 | | |
| B - Personal Property | Yes | 3 | 19,478.69 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,052,926.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 30,652.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 1,517,387.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 2,970,878.69 | | |
| Total Liabilities | | | | 3,600,966.09 | |

.

# United States Bankruptcy Court
## Northern District of Texas

In re  **David Besser Homes, LLC** _____,  Case No. ___**09-38188**_____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **David Besser Homes, LLC** , Case No. __09-38188__

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **1525 Collgate - lot 13/G** | | - | 32,000.00 | 18,300.00 |
| **1506 Greenbrier 23/G** | | - | 32,000.00 | 26,100.00 |
| **1523 Greenbrier 6/H** | | - | 32,000.00 | 26,100.00 |
| **1521 Greenbrier 7/H** | | - | 32,000.00 | 26,100.00 |
| **1519 Greenbrier 8/H** | | - | 32,000.00 | 26,100.00 |
| **1515 Greenbrier 10/H** | | - | 32,000.00 | 26,100.00 |
| **415 Bryn Mawr 2/K** | | - | 32,000.00 | 26,100.00 |
| **414 Purdue 17/J** | | - | 32,000.00 | 26,100.00 |
| **406 Bryn Mawr 13/k** | | - | 32,000.00 | 26,100.00 |
| **607 Mallard 15/C** | | - | 23,500.00 | 19,350.00 |
| **415 Jamine Circle 5/F** | | - | 23,500.00 | 19,350.00 |
| **1201 Briangrove Ln 20/C** | | - | 55,000.00 | 38,700.00 |
| **1106 Devonshire** | fee simple | - | 390,000.00 | 300,000.00 |
| | | Sub-Total > | 780,000.00 | (Total of this page) |

__1__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **David Besser Homes, LLC**                    ,     Case No.     **09-38188**

                                         Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2605 Waterstone | fee simple | - | 359,900.00 | 294,280.00 |
| 2635 Waterstone | fee simple | - | 279,900.00 | 209,600.00 |
| 13055 Amber Meadows | fee siple | - | 360,900.00 | 248,400.00 |
| 10110 Dorsett | fee simple | - | 259,900.00 | 173,918.00 |
| 1805 Frio Court | fee simple | - | 269,900.00 | 0.00 |
| 1524 Greenbrier | fee simple | - | 230,900.00 | 218,428.00 |
| 1539 San Carlos | fee simple | - | 210,000.00 | 161,600.00 |
| 1502 Greenbrier | fee simple | - | 200,000.00 | 142,200.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,171,400.00** | (Total of this page) |
| Total > | **2,951,400.00** | |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **David Besser Homes, LLC**                                 ,     Case No.   **09-38188**

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank** | - | 11,978.69 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **11,978.69**
(Total of this page)

   **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re   **David Besser Homes, LLC**                     ,    Case No.   **09-38188**

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Blueprints and drawings** | - | **Unknown** |

                                              Sub-Total >       **0.00**
                                        (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **David Besser Homes, LLC**                    ,     Case No.   **09-38188**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Furniture in model homes and office equipment** | - | 7,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 7,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 19,478.69 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **David Besser Homes, LLC**                Case No.   **09-38188**

                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alliance Bank** <br> **PO Box Drawer 500** <br> **Sulphur Springs, TX 75483** | X | - | **1106 Devonshire** <br><br><br> Value $    **390,000.00** | | | | **300,000.00** | **0.00** |
| Account No. <br><br> **Alliance Bank** <br> **PO Box Drawer 500** <br> **Sulphur Springs, TX 75483** | X | - | **13055 Amber Meadows** <br><br><br> Value $    **360,900.00** | | | | **248,400.00** | **0.00** |
| Account No. <br><br> **Alliance Bank** <br> **c/o Ramey & Sheffield** <br> **113 Jefferson Street** <br> **P.O. Drawer 899** <br> **Sulphur Springs, TX 75483** | | - | **1201 Briangrove Ln** <br> **20/C** <br><br> Value $    **55,000.00** | | | | **38,700.00** | **0.00** |
| Account No. <br><br> **Community Bank** <br> **P.O. Box 489** <br> **Burleson, TX 76097** | X | - | **1805 Frio Court** <br><br><br> Value $    **269,900.00** | | | | **0.00** | **0.00** |

  **4**   continuation sheets attached

                         Subtotal          **587,100.00**        **0.00**
<br>                    (Total of this page)

In re **David Besser Homes, LLC** , Case No. **09-38188**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Community Bank** PO Box 729 Rockwall, TX 75087 | | - | **1524 Greenbrier** Value $ 230,900.00 | | | | 218,428.00 | 0.00 |
| Account No. **Jefferson Bank** 2828 North Gallaway Mesquite, TX 75150 | X | - | **10110 Dorsett** Value $ 259,900.00 | | | | 173,918.00 | 0.00 |
| Account No. **Jefferson Bank** 2828 North Gallaway Mesquite, TX 75150 | | - | **1539 San Carlos** Value $ 210,000.00 | | | | 161,600.00 | 0.00 |
| Account No. **Jefferson Bank** 2828 North Gallaway Mesquite, TX 75150 | | - | **1502 Greenbrier** Value $ 200,000.00 | | | | 142,200.00 | 0.00 |
| Account No. **Jefferson Bank** 2828 North Gallaway Mesquite, TX 75150 | | - | **1506 Greenbrier 23/G** Value $ 32,000.00 | | | | 26,100.00 | 0.00 |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  722,246.00   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __David Besser Homes, LLC_____,    Case No. ___09-38188_____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 1525 Collgate - lot 13/G | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | | - | | | | | | | |
| | | | | | Value $             32,000.00 | | | | 18,300.00 | 0.00 |
| Account No. | | | | | 1523 Greenbrier 6/H | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | X | | - | | | | | | | |
| | | | | | Value $             32,000.00 | | | | 26,100.00 | 0.00 |
| Account No. | | | | | 1521 Greenbrier 7/H | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | X | | - | | | | | | | |
| | | | | | Value $             32,000.00 | | | | 26,100.00 | 0.00 |
| Account No. | | | | | 1519 Greenbrier 8/H | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | | - | | | | | | | |
| | | | | | Value $             32,000.00 | | | | 26,100.00 | 0.00 |
| Account No. | | | | | 1515 Greenbrier 10/H | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | | - | | | | | | | |
| | | | | | Value $             32,000.00 | | | | 26,100.00 | 0.00 |

Sheet __2___ of __4____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          122,700.00          0.00

In re  **David Besser Homes, LLC**                                      ,        Case No.    **09-38188**

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 415 Bryn Mawr 2/K | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | - | | | | | | |
| | | | Value $            32,000.00 | | | | 26,100.00 | 0.00 |
| Account No. | | | 414 Purdue 17/J | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | X | - | | | | | | |
| | | | Value $            32,000.00 | | | | 26,100.00 | 0.00 |
| Account No. | | | 406 Bryn Mawr 13/k | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | - | | | | | | |
| | | | Value $            32,000.00 | | | | 26,100.00 | 0.00 |
| Account No. | | | 607 Mallard 15/C | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | - | | | | | | |
| | | | Value $            23,500.00 | | | | 19,350.00 | 0.00 |
| Account No. | | | 415 Jamine Circle 5/F | | | | | |
| Southwest Securities 2302 Guthrie Garland, TX 75043 | | - | | | | | | |
| | | | Value $            23,500.00 | | | | 19,350.00 | 0.00 |

Sheet  **3**   of  **4**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 117,000.00 | 0.00 |

In re __**David Besser Homes, LLC**_____ ,   Case No. ___**09-38188**_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southwest Securities Bank**<br>**P.O. Box 1959**<br>**Arlington, TX 76004-1959** | - | | | **2605 Waterstone**<br><br>Value $          **359,900.00** | | | | **294,280.00** | **0.00** |
| Account No.<br><br>**Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | - | | | **2635 Waterstone**<br><br>Value $          **279,900.00** | | | | **209,600.00** | **0.00** |
| Account No.<br><br><br> | | | | <br>Value $ | | | | | |
| Account No.<br><br><br> | | | | <br>Value $ | | | | | |
| Account No.<br><br><br> | | | | <br>Value $ | | | | | |

Sheet __**4**___ of __**4**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **503,880.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **2,052,926.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

.

In re **David Besser Homes, LLC** _____, Case No. ___**09-38188**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **David Besser Homes, LLC**                              ,   Case No.   **09-38188**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **John Ramsey Assessor & Collector of Taxe** **PO Box 2107** **Sherman, TX 75091-2107** | - | | | | | | 26,060.89 | | 26,060.89 |
| | | | | | | | | 0.00 | |
| Account No. | | | property taxes | | | | | | |
| **Kenneth L. Mann** **Tax Assesor Cp;;ectpr** **1800 M/ Graves Street, Ste. 170** **Mckinney, TX 75070-8046** | - | | | | | | 4,468.62 | 0.00 | 4,468.62 |
| Account No. | | | | | | | | | |
| **Rockwall Central Appraisal Dist.** **841 Justin** **Rockwall, TX 75087** | - | | | | | | 104.00 | 0.00 | 104.00 |
| Account No. | | | | | | | | | |
| **Rockwall County Tax office** **101 S. Fanin** **Rockwall, TX 75087** | - | | | | | | 18.75 | 0.00 | 18.75 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**   of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 26,060.89 |
|---|---|---|
| | | 30,652.26 | 4,591.37 |
| | Total (Report on Summary of Schedules) | 26,060.89 |
| | | 30,652.26 | 4,591.37 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **David Besser Homes, LLC**                            ,      Case No.   **09-38188**

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **84 Lumber Company** <br> **1019 Route 519** <br> **Eighty Four, PA 15330** | | - | | | | | 17,344.43 |
| Account No. <br><br> **Airton heating/Air Conditioning** <br> **9525 Forestview St.** <br> **Dallas, TX 75243** | | - | | | | | 7,653.20 |
| Account No. <br><br> **American Building Supply** <br> **2709 Ponderosa** <br> **Arlington, TX 76014** | | - | | | | | 2,845.00 |
| Account No. <br><br> **Boral Bricks, Inc.** <br> **PO Box 101447** <br> **Atlanta, GA 30392** | | - | | | | | 2,208.95 |

  **10**  continuation sheets attached

                                           Subtotal                    **30,051.58**
                                      (Total of this page)

In re **David Besser Homes, LLC** ,    Case No. __09-38188__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **C & B electric** **225 Gilbert Circle** **Grand Prairie, TX 75050** | - | | | | | | 5,758.61 |
| Account No. | | | | | | | |
| **C & M Plumbing** **3502 CR 4412** **Commerce, TX 75428** | - | | | | | | 1,704.00 |
| Account No. | | | | | | | |
| **Campos Painting** **2813 Sam Hosuton Dr.** **Dallas, TX 75229** | - | | | | | | 3,300.00 |
| Account No. | | | | | | | |
| **Chase Card Services** **PO Box 94014** **Palatine, IL 60094** | - | | | | | | 62,455.63 |
| Account No. | | | | | | | |
| **City of Van Alstyne** **207 E. Jefferson** **PO Box 247** **Van Alstyne, TX 75495** | - | | | | | | 145.51 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     73,363.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **David Besser Homes, LLC**                                      Case No. **09-38188**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Classic Rock Inc. 720 Davis Drive Rockwall, TX 75087 | | - | | | | | | 1,915.21 |
| Account No. | | | | | | | | |
| DeFord's PO Box 380580 Duncanville, TX 75138 | | - | | | | | | 9,043.72 |
| Account No. | | | | | | | | |
| Designing Custom Marble of Tenton P.O. Box 305 Princeton, TX 75407 | | - | | | | | | 54,833.60 |
| Account No. | | | | | | | | |
| DGW Masonary 2139 US Highway 80 E., Ste 301 Mesquite, TX 75150 | | - | | | | | | 7,810.04 |
| Account No. | | | | | | | | |
| Dudley Dan & Sheilley Tim r. Sherry 5005 LBJ Freeway Dallas, TX 75244 | | - | | | | | | 25,000.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**98,602.57**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **David Besser Homes, LLC**                                   Case No.   **09-38188**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| E&R Rubalcava construction 28 Steel Road Wylie, TX 75098 | - | | | | | | | 43,781.85 |
| Account No. | | | | | | | | |
| Enterprises Plumbing Inc. 900 alpha Dr., Ste 430 Richardson, TX 75081 | - | | | | | | | 12,294.00 |
| Account No. | | | | | | | | |
| EZ Ceramics 1659 Hickory Drive Haltom City, TX 76117 | - | | | | | | | 4,965.06 |
| Account No. | | | | | | | | |
| FH Hardwood Felix Hernandez 451 Wilson Creek Blvd. 1032 McKinney, TX | - | | | | | | | 5,312.10 |
| Account No. | | | | | | | | |
| Flooring Services 2020 Valley View Lane Dallas, TX 75234 | - | | | | | | | 13,826.51 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **80,179.52**

In re    **David Besser Homes, LLC**                                    Case No.    **09-38188**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Floors Inc. Allen Office PO Box 3049 Grapevine, TX 76099 | - | | | | | | | 5,975.60 |
| Account No. | | | | | | | | |
| Garland Insulating LTD PO Box 550368 Dallas, TX 75355 | - | | | | | | | 3,282.00 |
| Account No. | | | | | | | | |
| Grayson-Collin electric Co-Op, Inc. PO Box 870353 Mesquite, TX 75187 | - | | | | | | | 935.90 |
| Account No. | | | | | | | | |
| Imperial Electric 5005 E. Peachtree Mesquite, TX 75180 | - | | | | | | | 12,060.08 |
| Account No. | | | | | | | | |
| K & S 2166 S Jupiter Garland, TX 75041 | - | | | | | | | 7,644.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **29,897.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **David Besser Homes, LLC**          Case No. **09-38188**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kodiak DGS, Inc.**<br>**5840 W. I-20, Ste. 215**<br>**Arlington, TX 76017** | - | | | | | | 1,200.00 |
| Account No. <br><br>**Krestmark Ind. LP**<br>**PO Box 226837**<br>**Dallas, TX 75222-6837** | - | | | | | | 3,215.70 |
| Account No. <br><br>**L & S Cabinet company, Inc.**<br>**300 W. Kimbrough**<br>**Mesquite, TX 75149** | - | | | | | | 5,900.03 |
| Account No. <br><br>**Larry Frazier**<br>**3982 RCR 1320**<br>**Emory, TX 75440** | - | | | | | | 5,000.00 |
| Account No. <br><br>**M & M Cleaning**<br>**1828 Burning Tree Lane**<br>**Carrollton, TX 75006** | - | | | | | | 155.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **15,470.73**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     

In re  **David Besser Homes, LLC**                                    ,          Case No. ___**09-38188**___
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Maurilio Guzman** **10287 Countryview Lane** **Forney, TX 75126** | - | | | | | | | 27,097.05 |
| Account No. | | | | | | | | |
| **McFadden & Associates** **1354 Exchange Drive** **Richardson, TX 75081** | - | | | | | | | 5,229.00 |
| Account No. | | | | | | | | |
| **ML Johnson & Associates** **P.O. Box 460897** **Garland, TX 75046** | - | | | | | | | 55,597.03 |
| Account No. | | | | | | | | |
| **OVERHEAD DOOR COMPANY OF DALLAS** **1800 VANTAGE DRIVE** **Carrollton, TX 75006** | - | | | | | | | 3,980.00 |
| Account No. | | | | | | | | |
| **Platinum Glass Corporation** **1808 10th Street Suite 200** **Plano, TX 75074** | - | | | | | | | 2,134.00 |

Sheet no. __**6**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            94,037.08

In re **David Besser Homes, LLC**                              Case No. **09-38188**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Precision Designs** 3604 Braewood Drive McKinney, TX 75070 | | - | | | | | 3,178.00 |
| Account No. | | | | | | | |
| **RICK'S HARDWARE & PLUMBING** PO BOX 3469 Grapevine, TX 76099-3469 | | - | | | | | 4,527.39 |
| Account No. | | | | | | | |
| **Roome Surveying, Inc.** 2000 Avenue G Suite 810 Plano, TX 75084 | | - | | | | | 800.00 |
| Account No. | | | | | | | |
| **ROYSE CITY SAND & GRAVEL** MICHAEL F DANLE 7829 FM 1565 Royse City, TX 75189 | | - | | | | | 1,350.00 |
| Account No. | | | | | | | |
| **Sears Commerical One Dept** 53-0001168588 P.O. Box 689134 Des Moines, IA 50368-9131 | | - | | | | | 5,648.16 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **15,503.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **David Besser Homes, LLC**                       ,    Case No.    **09-38188**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SOUTHERN ROOFING** <br> **2801 REGAL ROD SUITE 103** <br> **Plano, TX 75075** | - | | | | | | 24,223.07 |
| Account No. <br><br> **Southwest Securities Bank** <br> **P.O. Box 1959** <br> **Arlington, TX 76004-1959** | - | | | | | | 3,012.88 |
| Account No. <br><br> **Southwest Securities, FSB** <br> **2302 Guthrie, 100** <br> **Garland, TX 75043** | - | | **Promissory Note** <br> **2605 Waterstone Lane** <br> **Rockwall, Texas** <br> **Lot 11, Block C, Flag** | | | | 277,400.00 |
| Account No. <br><br> **Southwest Securities, FSB** <br> **2302 Guthrie, 100** <br> **Garland, TX 75043** | - | | **Promissory Note** <br> **2635 Waterstone** <br> **Rockwall, Texas 75032** | | | | 205,875.00 |
| Account No. <br><br> **Southwest Securities, FSB** <br> **2302 Guthrie, 100** <br> **Garland, TX 75043** | - | | **Promissory Note** <br> **2710 Mosswood Lane** <br> **Rockwall, TX  75032** | | | | 201,200.00 |

| | | |
|---|---|---|
| Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 711,710.95 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **David Besser Homes, LLC**                                          ,        Case No.   __09-38188__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Southwest Securities, FSB**<br>**2302 Guthrie, 100**<br>**Garland, TX 75043** | - | | **Promissory Note**<br>**2720 Mosswood Lane**<br>**Rockwall, Texas 75032** | | | | 212,000.00 |
| Account No.<br><br>**STOCK BUILDING SUPPLY**<br>**1619 PO BOX 847795**<br>**Dallas, TX 75284-7755** | - | | | | | | 81,475.04 |
| Account No.<br><br>**T-Bar Fence, Inc.**<br>**1803 Peyco Drive North**<br>**Arlington, TX 76001** | - | | | | | | 12,049.20 |
| Account No.<br><br>**TEX ENERGY**<br>**PO BOX 155049**<br>**Irving, TX 75015-5049** | - | | | | | | 3,565.00 |
| Account No.<br><br>**Vent Craft, Inc.**<br>**1007 Jackson Street**<br>**Carrollton, TX 75006** | - | | | | | | 167.50 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        309,256.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **David Besser Homes, LLC** , Case No. **09-38188**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wallco Drywall 965 E Hwy 121 Lewisville, TX 75057 | - | | | | | | | 57,991.08 |
| Account No. | | | | | | | | |
| WALLCRAFT 3112 TIMBER BROOK Plano, TX 75074 | - | | | | | | | 1,256.93 |
| Account No. | | | | | | | | |
| Waste Partners of Texas, Inc. | - | | | | | | | 65.77 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 59,313.78 |
| | Total (Report on Summary of Schedules) | 1,517,387.83 |

In re   **David Besser Homes, LLC**                          ,    Case No.    **09-38188**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **David Besser Homes, LLC**                   ,    Case No.    **09-38188**

                                       Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Besser**<br>**7337 Sandy Lake**<br>**Quinlan, TX 75474** | **Alliance Bank**<br>**PO Box Drawer 500**<br>**Sulphur Springs, TX 75483** |
| **David Besser**<br>**7337 Sandy Lake**<br>**Quinlan, TX 75474** | **Community Bank**<br>**P.O. Box 489**<br>**Burleson, TX 76097** |
| **David Besser**<br>**7337 Sandy Lake**<br>**Quinlan, TX 75474** | **Jefferson Bank**<br>**2828 North Gallaway**<br>**Mesquite, TX 75150** |
| **David Besser**<br>**7337 Sandy Lake**<br>**Quinlan, TX 75474** | **Southwest Securities**<br>**2302 Guthrie**<br>**Garland, TX 75043** |
| **Mike Mishler**<br>**372 Equestrian Drive**<br>**Rockwall, TX 75032** | **Alliance Bank**<br>**PO Box Drawer 500**<br>**Sulphur Springs, TX 75483** |
| **Mike Mishler**<br>**372 Equestrian Drive**<br>**Rockwall, TX 75032** | **Community Bank**<br>**P.O. Box 489**<br>**Burleson, TX 76097** |
| **Mike Mishler**<br>**372 Equestrian Drive**<br>**Rockwall, TX 75032** | **Jefferson Bank**<br>**2828 North Gallaway**<br>**Mesquite, TX 75150** |
| **Mike Mishler**<br>**372 Equestrian Drive**<br>**Rockwall, TX 75032** | **Southwest Securities**<br>**2302 Guthrie**<br>**Garland, TX 75043** |
| **Steve Buckner**<br>**17 South Ridge Circle**<br>**Rockwall, TX 75087** | **Alliance Bank**<br>**PO Box Drawer 500**<br>**Sulphur Springs, TX 75483** |
| **Steve Buckner**<br>**17 South Ridge Circle**<br>**Rockwall, TX 75087** | **Community Bank**<br>**P.O. Box 489**<br>**Burleson, TX 76097** |
| **Steve Buckner**<br>**17 South Ridge Circle**<br>**Rockwall, TX 75087** | **Jefferson Bank**<br>**2828 North Gallaway**<br>**Mesquite, TX 75150** |
| **Steve Buckner**<br>**17 South Ridge Circle**<br>**Rockwall, TX 75087** | **Southwest Securities**<br>**2302 Guthrie**<br>**Garland, TX 75043** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037         

# United States Bankruptcy Court
## Northern District of Texas

In re __David Besser Homes, LLC__

Debtor(s)

Case No. __09-38188__

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___27___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __December 17, 2009__

Signature __/s/ David Besser__

__David Besser__
__Manager__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Texas

In re  **David Besser Homes, LLC**             Case No.    **09-38188**

Debtor(s)          Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

**None** ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,410,881.00** | **2009 YTD:** |

### 2. Income other than from employment or operation of business

**None** ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **see attached list** | | **$0.00** | **$0.00** |

None
☐

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **see attached list** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Stock Building Supply of Texas, LLC vs. David Besser Homes, LLC** | **Default Judgment** | **Rockwall County Government Center 1101 Ridge Road, Ste.109 Rockwall, TX  75087** | **Pending** |
| **Designing Custom Marble v. David Besser** | **suit on Debt** | **Collin County Distrcit Court** | **pending** |
| **Dudley v. Besser** | **suit on Debt** | **collin county** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Eric Liepins** **12770 Coit Raod** **Dallas, TX 75251** | **$7500 plus filing fee** | |

**10. Other transfers**

None ■
   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐
   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Alliance Bank**<br>**PO Box Drawer 500**<br>**Sulphur Springs, TX 75483** | **Oct. 2009** | |

**12. Safe deposit boxes**

None ■
   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■
   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■
   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|
| **311 E. I-30 Rockwall texas 75032** | | |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|-----------------------|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Lawson & Company**<br>**4509 Rowlett Raod**<br>**Rowlett, TX 75088** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**Alliance Bank**
**PO Box Drawer 500**
**Sulphur Springs, TX 75483**

**Community Bank**
**P.O. Box 549**
**Royse City, TX 75189**

**Jefferson Bank**
**2828 North Gallaway**
**Mesquite, TX 75150**

**Southwest Securities**
**2302 Guthrie**
**Garland, TX 75043**

#### 20. Inventories

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

#### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| David Besser | Managing Member | 60% owner |
| Mike Mishler | member | 15 % owner |
| Steve Buckner | Member | 25% owner |

#### 22 . Former partners, officers, directors and shareholders

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR **see 3c** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **December 17, 2009**      Signature   **/s/ David Besser**

                                                         **David Besser**

                                                         **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Texas

In re    __David Besser Homes, LLC__          Case No.    __09-38188__

                         Debtor(s)                                 Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,539.00 |
| Prior to the filing of this statement I have received | $ | 8,539.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __December 17, 2009__                  __/s/ Eric A. Liepins__
                                                  **Eric A. Liepins 12338110**
                                                    **Eric A. Liepins P.C.**
                                                    **12770 Coit Road**
                                                    **Suite 1100**
                                                    **Dallas, TX 75251**
                                                    **972-991-5591  Fax: 972-991-5788**
                                                    **eric@ealpc.com**

# United States Bankruptcy Court
## Northern District of Texas

In re    **David Besser Homes, LLC**

                                  Debtor

Case No.   **09-38188**

Chapter       **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Besser** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 17, 2009**

Signature  **/s/ David Besser**
                **David Besser**
                **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: §
§
**David Besser Homes, LLC** § Case No.: **09-38188**
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **December 17, 2009**                    **/s/ David Besser**
                                               **David Besser**/**Manager**
                                               Signer/Title

Date: **December 17, 2009**                    **/s/ Eric A. Liepins**
                                               Signature of Attorney
                                               **Eric A. Liepins 12338110**
                                               **Eric A. Liepins P.C.**
                                               **12770 Coit Road**
                                               **Suite 1100**
                                               **Dallas, TX 75251**
                                               **972-991-5591   Fax: 972-991-5788**

                                               **34-1995103**
                                               Debtor's Social Security/Tax ID No.

                                               _____
                                               Joint Debtor's Social Security/Tax ID No.

# United States Bankruptcy Court
## Northern District of Texas

In re   **David Besser Homes, LLC**       Case No.   **09-38188**

                             Debtor(s)         Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **David Besser Homes, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 17, 2009** | **/s/ Eric A. Liepins** |
| Date | **Eric A. Liepins 12338110** |
| | Signature of Attorney or Litigant |
| | Counsel for   **David Besser Homes, LLC** |
| | **Eric A. Liepins P.C.** |
| | **12770 Coit Road** |
| | **Suite 1100** |
| | **Dallas, TX 75251** |
| | **972-991-5591 Fax:972-991-5788** |
| | **eric@ealpc.com** |